**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**PAMELA WILSON**

      **Plaintiff,**

   **vs.**　　　　　　　　　　　　　　　　　　　　　　　**Cause No. 06-CV-373 DRH**

**DILLARD STORE SERVICE, INC.,**

      **Defendant**.

**JUDGMENT IN A CIVIL CASE**

The Court having received a Stipulation for Dismissal signed by counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** with each party to bear its own costs.---------------------------------------------------------------------------

                                         **NORBERT G. JAWORSKI, CLERK**

June 6, 2007　　　　　　　　　　　　　By:＿＿s/Patricia Brown＿＿＿＿＿＿＿＿＿
                                              Deputy Clerk

APPROVED: /s/   David   RHerndon
                 **U.S. DISTRICT JUDGE**